UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JACK MCELVEEN, IV, INDIVIDUALLY AND ON BEHALF OF HIS MINOR CHILDREN, JACK McELVEEN, V AND JORDAN MCELVEEN | CIVIL NO.: <br><br> SECTION: |
| VERSUS | |
| WAWANESA GENERAL INSURANCE COMPANY, GOVERNMENT EMPLOYEES INSURANCE COMPANY AND LYNNE ROBINSON | JUDGE: <br><br> MAGISTRATE JUDGE: |

# Notice of Removal

**NOW INTO COURT,** through undersigned counsel, comes Wawanesa General Insurance Company, defendant herein, and seeks to remove the instant action to this Court, and states as follows:

1.

Plaintiffs, Jack McElveen, IV, Individually, and on behalf of his minor children, Jack McElveen, V and Jordan McElveen, is a citizen of the State of Louisiana, alleged to be a person of the full age of majority and domiciled in the State of Louisiana. The plaintiff is not domiciled in the States of California or Maryland.

2.

Defendant, Lynne Robinson, is a person of the full age of majority, residing in the State of California, who has not been served with the original petition in this matter (as the plaintiff specifically requested that the Clerk of Court withhold service). Defendant Robinson is not domiciled in the State of Louisiana.

3.

Wawanesa General Insurance Company ("Wawanesa") is a foreign insurance corporation incorporated in the state of California, with its principle place of business located in San Diego County, California. Wawanesa is neither incorporated in nor has a principal place of business in the State of Louisiana.

4.

Government Employees Insurance Company ("GEICO") is a foreign insurance corporation incorporated in the State Maryland, with its principal place of business in Chevy Chase, Maryland. It is qualified to do business in the State of Louisiana as a foreign insurance corporation. GEICO is neither incorporated in nor has a principal place of business in the State of Louisiana.

5.

On January 12, 2015, Jack McElveen filed a Petition for Damages, naming Wawanesa General Insurance Company, Government Employees Insurance Company, and Lynne Robinson as defendants.

6.

The case is now removable.

7.

The plaintiff is completely diverse from all defendants (Wawanesa General Insurance Company, Government Employees Insurance Company, and Lynne Robinson), none of whom are domiciled, incorporated in or have a principle place of business in Louisiana.

8.

Furthermore, the matter in controversy exceeds the sum or value of $75,000.00 dollars, exclusive of interests and costs, as affirmatively stated by counsel for the plaintiff in direct response to counsel for Wawanesa General Insurance Company, regarding subject matter jurisdiction contained in the e-mail attached as Exhibit A to this Notice of Removal.

Such damages, if proven, involve more than $75,000.00 dollars(exclusive of interest and costs) in damages, both general and special, and complies with the applicable subject matter jurisdiction requirement for the removal of this action (although defendants deny the allegation that they are responsible for the damages sought by plaintiff herein).

9.

Defendant Wawanesa General Insurance Company now seeks to remove the case to this Court.

10.

As established above, this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332. Furthermore, this Court has removal jurisdiction pursuant to 28 U.S.C. §1441.

11.

This removal is timely pursuant to 28 U.S.C. §1446. As established above, the Petition was filed on January 12, 2015. Wawanesa General Insurance Company and Government Employees Insurance Company were served on January 16, 2015. Furthermore, the case was commenced less than one year ago. No answer has been filed on behalf of Wawanesa General Insurance Company. Counsel for Government Employees Insurance Company had agreed to this removal. See attached Exhibit "B".

12.

Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b)(2). The plaintiff alleges that he was injured in an automobile accident occurring in Ascension Parish, State of Louisiana; and filed suit in State District Court in Ascension Parish, which is within the geographic region for the United States District Court for the Middle District of Louisiana.

13.

Attached as Exhibit "C" is a complete certified copy of the state court record in this case.

14.

The defendants reserve the right to plead all defenses appropriate under the premises, including but not limited to jurisdictional defenses.

**WHEREFORE**, defendant, Wawanesa General Insurance Company, respectfully prays that this case be removed to the United States District Court, Middle District of Louisiana, for further proceedings, and that an order be issued to the state court staying any further proceedings in that court.

Respectfully Submitted By Attorneys:

PERRY, ATKINSON, BALHOFF,
MENGIS, BURNS & ELLIS, LLC
2141 Quail Run Drive
Baton Rouge, LA 70808
Telephone: (225) 767-7730
Facsimile: (225) 767-7967

By:  */s/ Daniel R. Atkinson, Jr.*
     Daniel R. Atkinson, Jr. (#18103)

**CERTIFICATE OF SERVICE**

Daniel R. Atkinson, Jr., counsel for the defendant, will file the Notice of Removal on Wednesday, April 15, 2015, providing written notice to plaintiff, the only adverse party, by placing a copy of the foregoing in the United States mail, postage prepaid, through his counsel of records, and that on this same day, a copy of said Notice of Removal, was hand-delivered and/or mailed in the United States mail, postage prepaid, to the Clerk of Court for the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, wherein said action was pending.

Baton Rouge, Louisiana, this 15th day of April, 2015.

                                              */s/ Daniel R. Atkinson, Jr.*
                                              Daniel R. Atkinson, Jr.